**Order entered June 17, 2022**



## In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00377-CV

### YLDEFONSO M. AVILA, Appellant

### V.

### BAYLOR SCOTT AND WHITE, Appellee

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-21-02232-E**

### ORDER

Before the Court is appellant's June 15, 2022 motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than June 30, 2022.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE